(Slip Opinion) Cite as: 591 U. S. \_\_\_\_ (2020) 1

NOTICE: This opinion is subject to formal revision before publication in the preliminary print of the United States Reports. Readers are requested to notify the Reporter of Decisions, Supreme Court of the United States, Washington, D. C. 20543, of any typographical or other formal errors, in order that corrections may be made before the preliminary print goes to press.

# SUPREME COURT OF THE UNITED STATES

———————

### No. 17–1107

———————

## TOMMY SHARP, INTERIM WARDEN, PETITIONER *v.* PATRICK DWAYNE MURPHY

### ON WRIT OF CERTIORARI TO THE UNITED STATES COURT OF APPEALS FOR THE TENTH CIRCUIT

### [July 9, 2020]

PER CURIAM.

The judgment of the United States Court of Appeals for the Tenth Circuit is affirmed for the reasons stated in *McGirt* v. *Oklahoma, ante*, p. \_\_\_.

*It is so ordered.*

JUSTICE GORSUCH took no part in the consideration or decision of this case.

JUSTICE THOMAS and JUSTICE ALITO dissent.